Same case below, 602 F.3d 381.

No. 09-11319. David Ausburn, Petitioner v. United States.

562 U.S. 873, 131 S. Ct. 177, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 6350.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 362 Fed. Appx. 259.

No. 09-11320. Thomas Monroe Boaz, Petitioner v. United States.

562 U.S. 874, 131 S. Ct. 177, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 7052.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 598 F.3d 936.

No. 09-11322. Carl Dwayne Simmons, Petitioner v. California.

562 U.S. 874, 131 S. Ct. 178, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 6515.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 09-11323. Jerome Lanelle Coleman, aka Jerome Laneln Coleman, Petitioner v. United States.

562 U.S. 874, 131 S. Ct. 178, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 6766.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-11324. Jemaine Monteil Cannon, Petitioner v. Chester Mason, et al.

562 U.S. 874, 131 S. Ct. 178, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 6773.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 357 Fed. Appx. 969.

No. 09-11325. Erik Earhart, Petitioner v. Khelleh Konteh, Warden.

562 U.S. 874, 131 S. Ct. 178, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 6636,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 589 F.3d 337.

No. 09-11329. James Cruller, Petitioner v. Florida.

562 U.S. 874, 131 S. Ct. 181, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 6695.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 23 So. 3d 1192.

No. 09-11330. Benjamin Romero Lemus, Petitioner v. Matthew C. Kramer, Warden.

562 U.S. 874, 131 S. Ct. 181, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 6650.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.